IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORFOLK SOUTHERN RAILWAY COMPANY<br><br>Plaintiff,<br><br>v.<br><br>LEETSDALE INDUSTRIAL CORPORATION<br><br>Defendant/<br>Third Party Plaintiff<br><br>LEETSDALE LOGISTICS, INC.<br>and BUDEA "BUDDY" JOHNS<br><br>Third Party Defendant | CIVIL ACTION NO. 05-1150(DWA) |

**ORDER**

NOW, this _8th_ day of _Feb_, 2007, upon consideration of the Stipulation of Dismissal, without prejudice, executed by the parties on November 13, 2006,

**IT IS HEREBY ORDERED** that the above-captioned case is dismissed without prejudice. The Clerk is directed to docket the case as **CLOSED**.

BY THE COURT:

_/s/ Donetta W. Ambrose_
J. Donetta W. Ambrose