IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
CIVIL ACTION NO. 05-1150

| | |
|---|---|
| NORFOLK SOUTHERN RAILWAY COMPANY : | |
| : | |
| Plaintiff, : | CIVIL ACTION NO. 05-1150(DWA) |
| : | |
| v. : | |
| : | |
| LEETSDALE INDUSTRIAL CORPORATION : | |
| : | |
| v. : | |
| : | |
| Defendant/ : | |
| Third Party Plaintiff : | |
| : | |
| LEETSDALE LOGISTICS, INC. | |
| and BUDEA "BUDDY" JOHNS, | |
| : | |
| Third Party Defendant: | |

### STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41, the parties, by their undersigned counsel, jointly request that this action be marked dismissed, with prejudice.

KEENAN COHEN & HOWARD P.C.

By: _____          By: _____
Chad D. Mountain, Esquire                    John J. Edson, Esquire
One Commerce Square                          400 Broad Street, Suite 106
2005 Market Street, Suite 3520               Sewickley, PA 15143
Philadelphia, PA 19103

                                             Attorneys for Defendants
Attorneys for Plaintiff                      Leetsdale Industrial Corp., Leetsdale
Norfolk Southern Railway Company             Logistics, Inc. and Budea "Buddy" Johns

                                             Dated: February 9, 2007

Dated: February 15, 2007

*Approved*
*Donetta W. Ambrose*